Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax    (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| JENNIFER ESCOBEDO<br><br>DANIEL ESCOBEDO, JR. | ) Chapter 13<br>)<br>) Case No.: 8:09-bk-12781-TA<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) (Bankruptcy Rule 3011)<br>) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300786** in the sum of **$0.01** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name and address of the party entitled to said unclaimed dividend is as follows:

JENNIFER ESCOBEDO
15601 TOWAY LANE
HUNTINGTON BEACH, CA 92647

Date: August 7, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0912781 | JENNIFER ESCOBEDO & DANIEL ESCOBEDO, JR. | XXX-XX-8809 | 0.01 | 0.00 | 0.01 |
| | ACCT:          Claim: 00000 | XXX-XX-6764 | | | |
| | | TOTALS | 0.01 | 0.00 | 0.01 |

JENNIFER ESCOBEDO
DANIEL ESCOBEDO, JR.
BALANCE:            [0.00  13/00000]
SSN: XXX-XX-8809    SSN: XXX-XX-6764
ACCT:                       CASE: 0912781
PRINCIPAL:       0.01    INTEREST:       0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300786

Jul 23, 2010

VOID 90 DAYS FROM DATE

*********$0.01

**PAY** Zero And 01 / 100 Dollars

**TO THE ORDER OF**    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0300786⑈ ⑆061100790⑆ 000000575186 2⑈